IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

HAROLD CURTIS BIDDIE                    §

v.                                      §          CIVIL ACTION NO. 6:17cv506

DIRECTOR, TDCJ-CID, ET AL.              §


MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT


The Plaintiff Harold Biddie, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights in the Texas Department of Criminal Justice, Correctional Institutions Division. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges. After review of the pleadings, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed as barred by the three-strikes provision of 28 U.S.C. §1915(g). In response, Biddie filed a motion asking that his lawsuit be dismissed.

The Court has reviewed the pleadings and the Report of the Magistrate Judge and has determined that this Report is correct. Nonetheless, Biddie's request for voluntary dismissal should be granted. *See* Carter v. United States, 547 F.2d 258, 259 (5th Cir. 1977) (plaintiff has absolute right to dismiss his complaint under Rule 41(a), Fed. R. Civ. P., prior to the filing of an answer or motion for summary judgment); Thomas v. Phillips, 83 F.App'x 661, 2003 U.S. App. LEXIS 25517, 2003 WL 22965565 (5th Cir., December 17, 2003) (citing Carter). It is accordingly

1

**ORDERED** that the Plaintiff's request for voluntary dismissal of his civil action (docket no. 7) is **GRANTED**. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** on the motion of the Plaintiff. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **5** day of **August, 2018.**

_____
Ron Clark, Senior District Judge